UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACOB GABRIEL DIMAS,

                    Petitioner,

        v.

JEFFREY PERKINS,

                    Respondent.

Case No. C25-6193-DGE-SKV

MINUTE ORDER

        The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

        The Court finds Respondent's request for an additional thirty-day extension of time reasonable.  Accordingly, Respondent's Motion for an Extension of Time to File an Answer, Dkt. 14, is GRANTED, and the deadline for filing the Answer is herein extended to **May 1, 2026**.

        Dated this 1st day of April, 2026.

                                        Joshua C. Lewis
                                        Clerk of Court

                                        By: s/Stefanie Prather
                                        Deputy Clerk

MINUTE ORDER - 1